

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00311-CV

---

RECARO AIRCRAFT SEATING AMERICAS, LLC, APPELLANT

V.

SOVOS COMPLIANCE, LLC, APPELLEE

---

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-322804-21, Honorable J. Patrick Gallagher, Presiding

---

December 15, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Recaro Aircraft Seating Americas, LLC, appeals from the trial court's judgment.[1]  Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal.  The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we grant the motion.  The appeal is dismissed.  Pursuant to the motion, costs shall be taxed against the parties who incurred them.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam